*Attn: clerk please file and insert case # please provide all parties a copy and present to court.*

Case 3:21-cv-00113   Document 1   Filed on 05/17/21 in TXSD   United States Courts Southern
District of Texas
FILED

*05/17/2021*

Nathan Ochsner, Clerk of Court

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. _____

Lisa marie Searcy, plaintiff     §     In the southern
vs.     §     District court of
warren ken' payton - Tx attygeneral     §     galveston, tx
office of the attorney general, et al     §     united States of America
    §
    §

complaint
~~AFFIDAVIT~~

~~THE STATE OF TEXAS~~

~~COUNTY OF~~ _____

~~[PRINT the name of the county where this statement is being notarized.]~~

~~BEFORE ME, the undersigned authority, on this day personally appeared~~

_____, ~~who~~

~~[PRINT the first and last names of the person who will sign this statement.]~~

~~swore or affirmed to tell truth, and~~ stated as follows:

~~"My name is~~ _____

~~[PRINT the first and last names of the person who will sign this statement.]~~

~~I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.~~

on the attorney general of texas child support division financial activity report of case ID 0013170545 cause 15 fd 1625 case ID 001765849 cause 11 fd 3388 supports the finding of State employee criminal activity, misconduct, and contempt of final court orders as to the motive in bringing irreparable injury to the lisa marie searcy family violating her civil/constitutional rights to interfere in child custody, obstruction/retaliation, committing perjury against her for her exercising her rights in both causes. no motion to modify final court orders was filed nor hearing held with all parties property served, given notice, and present for the full child support amount and probated arrears not to be collected on 11-01-19 in 15 fd 1625 where galveston county court no 2 Judge Kerri Foley had jurisdiction. A financial activity report since case filing applied 2-2015 and court filed on 7-2015 will show as burden of proof of Texas Attorney general warren "ken' payton dereliction of duty overseeing the texas child support division and motive for the obstruction/retaliation

of the Lisa marie Searcy family. In cause 11fd3388 no motion
to modify existing final court orders was filed nor a court hearing
held where all parties were properly served, given notice and present
to cease the collection of child support and enforcement
of court orders on 11-01-19 to sustain for a factual determination
State employee misconduct, criminal violations of law to cause
the Lisa marie Searcy family irreparable harm violating their
rights showing malicious intent, bad faith, and contempt of court.
The negligence, gross negligence, dereliction of duty, neglect
of duty will be proven in this case. It is not frivolous. grant plaintiff relief
submitted by - Lisa marie Searcy 347183 ~ pro se.
                              5700 Avenue H
                              galveston tx 77551  D-100  galveston county jail

certificate of service- Attn: Clerk please file upon receipt, insert
case# and provide a copy to all parties.

notice of hearing - Attn: coordinator please set this for hearing
and provide notice to all parties please arrange my presence/
appearance.
    This motion is set for hearing on :_____ @ _____
                                              Date              time

                              ORDER
This motion is hereby granted or denied. circle
This motion came to be heard on _____ @ _____
                                       Date              time

It is hereby ordered that :_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____                    _____
Judge presiding                          Date

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

Lisa Marie Searcy
In the interest of Natalie Searcy Chavante Nicole Searcy
PLAINTIFF
NO. *19-cp-0155*

VS.

§
§
§
§
§
§

Warren Ken payton, oag et al

In the southern court of galveston, texas of United States of America

**AFFIDAVIT**

THE STATE OF TEXAS
COUNTY OF _galveston_
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_Lisa Marie Searcy_, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is _Lisa Marie Searcy_

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true. my child ren were unlawfully removed from my custody. I have filed state bar of texas attorney grievances on the following attorneys not limited too in regards not limited too this case for Judicial review. to support cause too has a prejudicial atmosphere exists for a change of venue
1) SBOT # 2020-05699 BODA-64999 Helen Truscott, never was notice of appointment delivered and attorney did not respond to appointment to effectively represent mother respondent in this cause prematurely withdrawing as attorney of record at mediation with JEFF Kilgore violating respondent mother's rights. 2) SBOT# 2020-01983 / #2020-04093 Jennifer Burnett attorney committed misconduct and crimes violating respondent mother's rights not limited too. 3) 2020-01984 BODA-648600 - 2020-04743 Jana Wheeler attorney committed misconduct and crimes violating respondent mother's rights not limited too. 4) 2020-01554 BODA-64281 2020-03298 attorney committed misconduct crimes violating respondent mother's rights not limited too. Mark Aronowitz 5) 2020-04459 BODA-64797 Shauna Correia - attorney committed misconduct, crimes violating respondent mother's

rights. no notice of appointment was delivered and attorney never responded to appointment to interview respondent mother and supporting testimony exists on zoom online hearing ~~and~~ ~~~~

4) Sallie godfrey never responded to appointment etc committing misconduct colluding with the state of texas etc to violate client respondent mothers rights no notice of appointment was delivered to respondent mother 7) Tori delagarza colluded with the state of texas to violate the clients and respondent families rights by failing to report crimes of the case committing misconduct.

8) Sandra Wann colluded with the state of texas to violate the families rights by not reporting the crimes of the case committing misconduct not limited to.

9) Douglas godinich colluded with the state of texas to violate the families rights by having his client commit perjury and by not reporting the crimes of the case committing misconduct not limited too.

10) The office of the attorney general - child support division - lamarque office staff and galveston county courthouse attorney staff have committed misconduct, crimes in this case by not enforcing court orders and allowing case obstruction/retaliation. not limited too.

Lisa Marie Searcy

11) gcso/jail under Direction of Henry Trochesset. gcso IA report 2020-00010, 2020-00014, 2020-00032, 2020-00033, 2020-00039, C122520-039, C111720-081, C111520-074, C111720-149, C020420-036, C111720-077, C010420-035, C120220-035, C122220-006, C010821-053, C012021-127, C012320-115, C091820-030, C020220-049

Oag# 0012367724 -13F31742, oag# 001 765 849 11 fed 3388, oag#0013170545 1 SF01625

No denovo hearing was ever held. Ralph willis was not served by cps until August 2020. 7-28-20.

[The person who has personal knowledge of this statement must sign it. DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _____ GALVESTON _____
[name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on the __4__ day of __FEB__, __2021__ year, by

_____ LISA SEARCY _____
[PRINT the first and last names of the person who is signing this affidavit.]

NORMAN FRANK
Notary ID #126489655
My Commission Expires
March 7, 2023

_____ Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

Defendant #6 — Judge Anne Darring — had my property stolen, ~~their home~~
600 59th Ste 3304 — Accepted fraudulent filings, trespassed on my home,
galveston, Tx 77551

negligence — Failed to report felony in 11-fd-3380, obstruction, retaliation, interfering in child custody,
violation of civil rights in custody, perjury failure to protect family co-crime victims, negligence,
failure to enforce court orders, failure to collect child support, judgment, discrimination, defamation

Defendant #7 Judge Jaime Rawlinson — 600 59th Ste 3304 galveston tx 77551
obstruction, retaliation, interfering in child custody, discrimination, defamation, negligence,
accepted fraudulent filings, had home trespassed on, had my personal property
stolen, refused to oversee case proceedings according to Tx family code

Defendant #8 — Nicholas Suranto 4600 S. Shore blvd ste 300 League city, Tx 77573
negligence, obstruction, retaliation, violation of my rights, perjury, interference in child custody

Defendant #9 — Jaclyn Cobb Chavarria - 600 59th Ste 3304 galveston tx 77551
negligence, obstruction retaliation, interference in child custody, refused to set prose/motion
on docket, refused to bench warrant me to proceedings, violating my rights

Defendant #10 — edward buford - 5609 east mount pleasant Houston, Tx 77093
reception, theft, breach of contract, fraud, violated my rights, obstruction, negligence,
retaliation, interference in child custody, refused to report felony gcso misconduct

Defendant #11 — Douglas gudrich 1605 23rd galveston tx 77550 - obstruction,
retaliation, interference in child custody, violated my rights, perjury in
clients affidavit fraudulent filing, allowed Jana wheeler to sign his
name, refused to mediate for dispute resolution on winwer judgment child support
refused to report misconduct, felony, negligence.

Defendant #12 - harris County Constable pct 1 Alan Rosen 1302 preston houston Tx
77002 - refused to execute process service or alternative service,
obstruction, retaliation, interference in child custody, violated my rights
refused to execute writ of execution, negligence, refused to report ~~felony~~

7020 billian — Defendant #13 - Joseph predevett obstruction retaliation, theft, breach of
Houston Tx 77061 — contract, negligence, violated my rights, refused to report misconduct, felony

Defendant #14 — mark promawitz - obstruction, retaliation, negligence,
violated my rights, failure to enforce court orders, collect judgment, child support
interference in child custody, defamation -Po Box 1201 Texas City, Tx 77592

PO Box 1137 — Defendant #15 - Sandra wann, negligence, obstruction, retaliation, theft,
Friendswood, Tx — violated my rights, defamation, interference in child custody,
77549

820 — Defendant #16 — Tad nelson, theft, breach of contract, negligence,
e main — failure to enforce court orders, child support collection, failure to report
league City, Tx — felony, violated my rights, obstruction, retaliation, defamation
77573

Defendant #17 - Amber spurlock - theft, breach of contract, obstruction, retaliation
failure to enforce court orders, child support collection, violated my rights,
defamation, failure to report felony — 820 e main league City, Tx 77573

Defendant #18 - ralph willis - 49cla Russeil houston, Tx 77026, obstruction, retaliation,
child support evasion, abandonment, violated my rights, negligence, defamation, perjury,
filing fraudulent documents, interference in child custody

Defendant #19 - Juan Chavarria - 507 s. 16th, Donna, Tx 78537 - obstruction, retaliation,
child support evasion, interference in child custody, defamation, abandonment,
violated my rights

Defendant #20 - Attorney Jennifer Burnett
                    600 59th Ste 1001
                    galveston, tx 77551

obstruction, retaliation, defamation, interference in child custody, violated my rights
negligence, intimidation, harassment ; failure to report felony

Defendant #21 - Attorney Jana Wheeler
                    600 59th Ste 1001
                    galveston, tx 77551        Failure to report felony.
        obstruction, retaliation, defamation, interference in child custody, intimidation
violated my rights, negligence, theft, perjury, filing fraudulent documents, harassment

Defendant #22 - Shauna Correia
                    1700 Fm 517 rd c Ste B
                    Dickinson, Tx 77539
    obstruction, retaliation, defamation, interference in child custody, negligence,
    violated my rights, failure to report felony, breach of contract.

Defendant #23 - Sallie godfrey
                    P O Box 969
                    Alvin, Tx 77512
    obstruction, retaliation, defamation, interference in child custody, negligence,
    violated my rights, intimidation, failure to report felony, breach of contract

Defendant #24 - winifred weber
                    2525 Bay area Blvd Ste 310
                    Houston, Tx 77058
    obstruction, retaliation, defamation, interference in child custody, negligence,
    violated my rights, failure to report felony, breach of contract

Defendant #25 - Helen Truscott
                    314 Fm 517 Rd W
                    Dickinson Tx 77539
    obstruction, retaliation, defamation, interference in child custody, negligence
    violated my rights, breach of contract, failure to report felony

Defendant #26 - Velda Faulkner
                    1152 Westheimer Rd #694
                    Houston, Tx 77042
    obstruction, retaliation, negligence, theft, breach of contract, violated my rights
failure to report felony

Defendant #27 - nicole Bates
                    2010 north loop West Ste 175
                    Houston, Tx 77018
    obstruction, retaliation, negligence, violated my rights, failure to report felony,
    defamation,

Defendant #28 - Judge Stephen Barker, Judge Barbara Roberts, Judge Kerri Foley
600 59th Ste 2204    failure to report felony, Failure to oversee case proceedings
galveston, tx 77551                              completion.                          page 3 B
obstruction, retaliation, negligence, violated my rights, Failure to enforce court
                                                            orders,