please filing 3:21-CV-00054
file on: 3:21-CV-00113
transmit 3:4-CV-00153    exhibit L3    Appeal 21-40540

# DOYLE LLP
## TRIAL LAWYERS

**Michael Patrick Doyle**
*Licensed in Texas, Arizona, and Missouri*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

Direct Line: **713.554.9079**
mdoyle@DoyleLawFirm.com

May 26, 2021

United States Courts
Southern District of Texas
FILED
AUG 04 2021
Nathan Ochsner, Clerk of Court

Lisa Marie Searcy 347183
5700 Avenue H
Galveston, TX 77551
D-100
Galveston County Jail

Re: Potential Claim

Dear Ms. Searcy:

Thank you greatly for contacting us regarding your potential claim. Upon review of the facts provided, we have determined that we must decline the opportunity to represent you in any legal matter. Therefore, I must respectfully confirm that Doyle LLP will not be able to assist in prosecuting any legal action and must decline the opportunity to represent you in any legal matter at this time.

Please be aware that various deadlines and statutes of limitations will apply to any potential claim, so a delay in taking action could jeopardize any potential claim. Therefore, if you wish to pursue a claim, you should seek other counsel without delay.

Thank you again for contacting us concerning this matter, and we wish you the best.

Sincerely,
Doyle LLP

Michael Patrick Doyle

**Houston | Phoenix**
www.DoyleLawFirm.com
The Clocktower Building | 3401 Allen Parkway, Suite 100 | Houston TX 77019
Phone 713 571 1146 | Fax 713 571 1148 | Toll Free 888 571 1001